```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANTIGUEZ ALVARADO, Isaac,

                Petitioner,

-against-

BONDI, Pamela, in her official capacity as Attorney General, U.S. Department of Justice; NOEM, Kristi, in her official capacity as Secretary, U.S. Department of Homeland Security; FRANCIS, LaDeon, in his official capacity as Director, New York Field Office, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; and ARTETA, Paul, in his official capacity as Warden, Orange County Jail,

                Respondents.

26 Civ. 768 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of Petitioner's application for a writ of habeas corpus under 22 U.S.C. § 2241. *See* ECF No. 1. Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

      The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

      SO ORDERED.

Dated: January 29, 2026
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge