UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LANTIGUEZ ALVARADO, Isaac,

                Petitioner,

-against-

BONDI, Pamela, in her official capacity as Attorney General, U.S. Department of Justice; NOEM, Kristi, in her official capacity as Secretary, U.S. Department of Homeland Security; FRANCIS, LaDeon, in his official capacity as Director, New York Field Office, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; and ARTETA, Paul, in his official capacity as Warden, Orange County Jail,

                Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2026

26 Civ. 768 (AT)

**ORDER TO SHOW CAUSE**

ANALISA TORRES, District Judge:

    The Court is in receipt of Petitioner's application for a writ of habeas corpus under 22 U.S.C. § 2241. *See* Pet., ECF No. 1. The Court ORDERS as follows:

1. By **February 3, 2026,** Respondents shall file a letter with the following information:
   a. The statutory provision(s) under which Respondents assert the authority to detain Petitioner;
   b. Whether there is any basis to distinguish this case from *Gonzalez v. Joyce*, No. 25 Civ. 8250, 2025 WL 2961626 (AT) (S.D.N.Y. Oct. 19, 2025), *Cuy Comes v. DeLeon*, No. 25 Civ. 9283, 2025 WL 3206491 (AT) (S.D.N.Y. Nov. 14, 2025); and *Galvez Galvez v. Francis*, No. 26 Civ. 161, 2026 WL 84493 (Jan. 12, 2026);
   c. Whether, if there is no basis to distinguish the aforementioned cases, Respondents consent to issuance of the writ and/or waive the right to answer, subject to preservation of Respondents' arguments for appeal; and
   d. Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.
2. By **February 3, 2026**, Respondents shall also confirm that Petitioner remains detained within this District, the Eastern District of New York, or the District of New Jersey, in compliance with this court's prior administrative stay order.
3. By **February 4, 2026,** Respondents shall file an answer to this petition.

    The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

    SO ORDERED.

Dated: January 30, 2026
         New York, New York

                                                  ANALISA TORRES
                                                  United States District Judge