**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LANTIGUEZ ALVARADO, Isaac,

                       Petitioner,              26 **CIVIL** 0768 (AT)

      -against-                                **JUDGMENT**

BONDI, Pamela, in her official capacity as
Attorney General, U.S. Department of Justice;
NOEM, Kristi, in her official capacity as
Secretary, U.S. Department of Homeland
Security; FRANCIS, LaDeon, in his official
capacity as Director, New York Field Office,
U.S. Immigration and Customs Enforcement,
U.S. Department of Homeland Security; and
ARTETA, Paul, in his official capacity as
Warden, Orange County Jail,

                     Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 11, 2026, the Petition is GRANTED. Respondents are

ORDERED to immediately release Lantiguez Alvarado from government custody.

**DATED:** New York, New York
          February 18, 2026

                             **TAMMI M. HELLWIG**
                          _____
                                **Clerk of Court**

              **BY:**     _____
                                **Deputy Clerk**